AGOSTINO GNECCO, Appellant, v. INCORPORATED VILLAGE OF GREAT NECK PLAZA et al., Respondents.—

No opinion. Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of NATHAN SHAFRAN et al., Respondents, against BOARD OF EDUCATION OF CITY OF NEW YORK et al., Appellants.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. Settle order on notice within ten days from the date of this decision.